IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARAH CALLAGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-00263 (RDA/IDD) |
| ) | |
| INTERSECTIONS, INC. ) | |
| d/b/a AURA COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice. Dkt. 15. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
October 26, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge